COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT AND NOTICE OF LATE BRIEF

Appellate case name:  Rodney Milum v. The State of Texas

Appellate case number:  01-13-01027-CR

Trial court case number:  1347034

Trial court:  184th District Court of Harris County

This case was previously abated by order of January 27, 2015 for appointment of counsel on appeal. That order included a deadline of 30 days from the date of appointment for appellant's brief to be filed in this Court.

We are in receipt of a supplemental clerk's record indicating Randall J. Ayers was appointed to represent Milum on January 28, 2014. To date, no brief is on file on behalf of Milum, and the brief is therefore past due.

Appellant is **ORDERED** to file a brief addressing the issues outlined in our January 27, 2015 order within 20 days of the date of this order. Due to the age of this appeal, no extensions of this deadline will be considered or granted.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                          X  Acting individually


Date:  March 19, 2015